## Mossop Construction Company, Appellant, *v.* Philadelphia.

Argued April 29, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, O'BRIEN and ROBERTS, JJ.

*Samuel I. Sacks,* with him *Lee B. Sacks,* for appellant.

*Matthew W. Bullock, Jr.,* Deputy City Solicitor, with him *William G. Klenk, II,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellee.

OPINION PER CURIAM, May 25, 1965:
Affirmed.

## Hollinshead, Appellant, *v.* Hallowell.

Argued April 26, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.